IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Antonio Maurice Scott, As Personal Representative of the Estate of George Bynum, <br><br>　　　　Plaintiff, <br><br>v. <br><br>Siva Chockalingam, MD, in his Individual Capacity as Agent, Servant and/or Employee of the South Carolina Department of Corrections; Associates in Gastroenterology, PA; Berkeley Endoscopy Center, LLC, Robert Sharp, MD, in his Individual Capacity as Agent, Servant and/or Employee of The South Carolina Department of Corrections; and South Carolina Department of Corrections, <br><br>　　　　Defendants. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 0:18-cv-1102-RMG-PJG <br><br><br><br><br><br><br>MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS AND ROBERT SHARP, MD |

YOU WILL PLEASE TAKE NOTICE that the undersigned, as attorney for Defendants, South Carolina Department of Corrections (SCDC) and Robert Sharp, MD (Dr. Sharp), hereby moves before the Presiding Judge of the Federal District Court of South Carolina for Summary Judgment pursuant to Rule 56, FRCP, on the following grounds:

　　　　1.　　Defendant SCDC is not a "person" within the meaning of the term as used in 42 U.S.C. §1983.

1

2

2. Plaintiff's 42 U.S.C. §1983 claims against Defendant Dr. Sharp in his individual capacity are barred, because Plaintiff cannot show that Defendant Dr. Sharp deprived George Bynum of any rights or privileges under the Constitution or Federal Law or that Defendant Dr. Sharp was deliberately indifferent to George Bynum's health or safety.

3. Plaintiff's State claims for medical malpractice and gross negligence and for violations of standards of medical practice against Defendant SCDC, and its employees, including Defendant Dr. Sharp, should be dismissed, because Plaintiff failed to produce expert testimony to show that Defendant SCDC, and its employees, including Defendant Dr. Robert Sharp, were negligent and grossly negligent and violated standards of medical practice in their care and treatment of George Bynum that are a proximate cause of George Bynum's injuries and death.

4. Even assuming the conduct of Defendant Dr. Sharp is deemed unconstitutional, he is entitled to qualified immunity from all liability.

The Motion will be based upon the applicable statutory law and case law, upon the pleadings of record, and upon Defendants' Memorandum in Support of Motion for Summary Judgment.

SIGNATURE ON NEXT PAGE

                                                        s/James E. Parham, Jr.
                                                        James E. Parham, Jr.
Federal I.D. #2969
    Attorney for Defendants,
      South Carolina Department of
      Corrections and Robert Sharp, MD
Post Office Box 1576
Irmo, South Carolina   29063
803-749-8555
jparham@jparhamlaw.com

January 11, 2019

3