IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Antonio Maurice Scott, As Personal Representative of the Estate of George Bynum,<br><br>    Plaintiff,<br><br>v.<br><br>Siva Chockalingam, *M.D.*; Associates in Gastroenterology, P.A.; Berkeley Endoscopy Center, L.L.C.; Robert Sharp, *M.D.*, Individual and/or Official Capacity As Agent, Servant And/Or Employee of the South Carolina Department of Corrections; South Carolina Department of Corrections,<br><br>    Defendants. | Civil Action No.: 0:18-cv-01102-RMG-PJG<br><br>**SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS ON BEHALF OF DEFENDANTS SIVA CHOCKALINGAM, M.D., ASSOCIATES IN GASTROENTEROLOGY, P.A., AND BERKELEY ENDOSCOPY CENTER, L.L.C.** |

Pursuant to the Federal Rules of Civil Procedure, counsel for Defendants Siva Chockalingam, M.D., Associates in Gastroenterology, P.A., and Berkeley Endoscopy Center, L.L.C. certify that the following expert's report and his CV have been disclosed to all Parties and that the written report prepared and signed by the expert contain all information required under Fed. R. Civ. P. 26(a)(2)(B).

1. C. Stephen Yarborough
   Gastroenterology Associates, P.A.
   200 B Patewood Drive
   Suite B200
   Greenville, SC 29615
   (864) 232-7338
   CSY1001@gastroassociates.com

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), based upon Plaintiff's medical records, Defendants may present expert opinions from any of Plaintiff's health care providers.

**RICHARDSON PLOWDEN & ROBINSON, PA**

s/Zachary B. Hayden
William C. McDow [Fed. ID 6359]
bmcdow@richardsonplowden.com
John H. Guerry [Fed. ID #12155]
jguerry@richardsonplowden.com
Zachary B. Hayden [Fed. ID 12932]
zhayden@richardsonplowden.com
1900 Barnwell Street
Post Office Drawer 7788
Columbia, SC 29202
803-771-4400
*Attorneys for Defendants Siva Chockalingam, MD, Associates in Gastroenterology, PA and Berkeley Endoscopy Center, LLC*

January 24, 2019

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of Richardson Plowden & Robinson, P.A., attorneys for Defendants Siva Chockalingam, MD, Associates in Gastroenterology, PA and Berkeley Endoscopy Center, LLC, do hereby certify that I have served the foregoing **Supplemental Disclosure of Expert Witness on Behalf of Defendants Siva Chockalingam, M.D., Associates in Gastroenterology, P.A., and Berkeley Endoscopy Center, L.L.C.** on the below-listed individuals via CM/ECF:

> J. Edward Bell, III, Esq.
> Gabrielle Sulpizio, Esq.
> Bell Legal Group
> 219 North Ridge Street (29440)
> P.O. Box 2590
> Georgetown, South Carolina 29442
> *Attorneys for Plaintiff*
>
> James E. Parham, Jr., Esq.
> James E. Parham, Jr., PA
> Post Office Box 1576
> Irmo, South Carolina 29063
> *Attorneys for Defendants Robert Sharp, MD and South Carolina Department of Corrections*
>
> s/Zachary B. Hayden
> Zachary B. Hayden [Fed. ID 12932]
> zhayden@richardsonplowden.com
> 1900 Barnwell Street
> Post Office Drawer 7788
> Columbia, SC 29202
> 803-771-4400
> *Attorneys for Defendants Siva Chockalingam, MD, Associates in Gastroenterology, PA and Berkeley Endoscopy Center, LLC*

January 24, 2019