IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Antonio Maurice Scott, *as personal representative of the estate of George Bynum*, | ) ) ) ) | C/A No. 0:18-1102-PJG |
| Plaintiff, | ) ) ) | **ORDER AND NOTICE OF HEARING** |
| v. | ) ) | |
| Siva Chockalingam*, M.D.*; Associates in Gastroenterology, P.A.; Berkeley Endoscopy Center, L.L.C.; Robert Sharp, *M.D., In His Individual Capacity As Agent, Servant And/Or Employee of the South Carolina Department of Corrections*; South Carolina Department of Corrections, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's petition for settlement approval in this wrongful death and survival action. A settlement approval hearing is set for **10:00 a.m. on Friday, July 19, 2019**, in the United States District Court, Courtroom VII, Matthew J. Perry, Jr. Courthouse, 901 Richland Street, Columbia, South Carolina.

In light of Plaintiff's counsel's representations during a conference call on June 18, 2019, the court directs Plaintiff's counsel to serve a copy of this Order and Notice of Hearing and the filed Petition for Approval of Wrongful Death and Survival Settlement (ECF No. 95) on the state law statutory beneficiaries. This Order shall serve as notice to the statutory beneficiaries of the proposed settlement and the scheduled approval hearing, which the statutory beneficiaries may attend if they wish to be heard on whether this settlement should be approved and, potentially, how the proceeds

should be allocated between the wrongful death and survival claims. Statutory beneficiaries may retain counsel if they so elect.

Plaintiff's counsel shall file proof within seven (7) days of this Order that the Order and Notice of Hearing and Petition have been served on the statutory beneficiaries.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 26, 2019
Columbia, South Carolina