IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Antonio Maurice Scott, As Personal Representative of the Estate of George Bynum, | ) ) ) ) | Civil Action No.: 0:18-cv-1102-PJG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Siva Chockalingam, MD, in his Individual Capacity as Agent, Servant and/or Employee of the South Carolina Department of Corrections; Associates in Gastroenterology, PA; Berkeley Endoscopy Center, LLC, Robert Sharp, MD, in his Individual Capacity as Agent, Servant and/or Employee of The South Carolina Department of Corrections; and South Carolina Department of Corrections, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STIPULATION OF DISMISSAL ON BEHALF OF DEFENDANTS, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS AND ROBERT SHARP, MD |
| Defendants. | ) | |

_____

All Parties agree and stipulate to dismiss Defendants <u>South Carolina Department of Corrections and Robert Sharp, MD</u>, from the Amended Complaint with prejudice.

July 25, 2019

SIGNATURES ON NEXT PAGE

1

**WE CONSENT:**

BY:  s/J. Edward Bell, III
     J. Edward Bell, III, Esquire
     Federal I.D. #1280
     Gabrielle A. Sulpizio
     Federal I.D. #12715
     Bell Legal Group
     219 N. Ridge Street
     Georgetown, SC 29440
     ebell@edbelllaw.com
     Attorneys for Plaintiff


**I CONSENT:**

BY:  s/ James E. Parham, Jr.
     James E. Parham, Jr., Esquire
     Federal I.D. #2969
     P. O. Box 1576
     Irmo, SC 29063
     jparham@jparhamlaw.com
     Attorney for Defendants,
     South Carolina Department of
     Corrections and Robert Sharp, MD


**I CONSENT:**

BY:  s/William C. McDow
     William C. McDow, Esquire
     Federal I.D. #6359
     Richardson, Plowden
     P. O. Drawer 7788
     Columbia, SC 29202
     bmcdow@richardsonplowden.com
     Attorney for Defendants,
     Silva Chockalingam, MD, Associates
     In Gastroenterology, PA, and Berkeley
     Endoscopy Center, LLC